UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> BART WADE REAGOR, <br><br> Defendant. | ) <br> ) <br> ) No. 21-cr-00025-Z-BR-1 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEAL**

Notice is hereby given that Bart Wade Reagor, the defendant in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Fifth Circuit from each and every part of the Order denying Motion to Reduce Sentence entered in this action on June 24, 2024. *See* Dkt. No. 216.

Dated: July 5, 2024

                                                                  Respectfully submitted,

                                                                   ARCHER LAW FIRM

                                       By:    */s/ Natalie Archer*
                                                    Natalie Archer
                                                    801 S. Fillmore, Suite 710
                                                    Amarillo, TX 79101
                                                    (806) 372-9258

                                                    *Attorney for Bart Wade Reagor*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of July 2024, a true copy of the above document was served via electronic means using the Court's Electronic Case Filing (ECF) system upon all registered ECF users.

                */s/ Natalie Archer*
                Natalie Archer